UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SIERRA ROSE GULICK,                              :
              Plaintiff,                              :
v.                                                              :     **ORDER OF DISMISSAL**
                                                            :
TOPICAL BIOMEDICS, INCs., TOPICAL      :     21 CV 0117 (VB)
BIOMEDICS, and ANDREW KADISON,     :
              Defendants.                           :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. (Doc. #23). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 7, 2022. To be clear, any application to restore the action must be filed by February 7, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: January 7, 2022
         White Plains, NY

                                               SO ORDERED:

                                               Vincent L. Briccetti
                                               United States District Judge